TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00133-CV

Misty Kennedy, Appellant

v.

City of San Marcos, Appellee

FROM THE DISTRICT COURT OF HAYS COUNTY, 274TH JUDICIAL DISTRICT

NO. 94-0676, HONORABLE CHARLES RAMSAY, JUDGE PRESIDING

PER CURIAM

 The parties have filed an agreed motion to dismiss this appeal. The motion is granted. Tex.
R. App. P. 59(a)(1)(A).

 The appeal is dismissed.

Before Chief Justice Carroll, Justices Aboussie and B. A. Smith

Dismissed on Agreed Motion

Filed: March 27, 1997

Do Not Publish